# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
Krista Michelle Donals ) Case No. 12-10047M
)
)
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

From February 23, 2012 through February 26, 2012, in the District of Arizona, the defendant, Krista Michelle Donals, violated Title 18 U.S.C. § 871, an offense described as follows:

The defendant named above did knowingly and willfully make multiple threats to take the life of the President of the United States.

I further state that I am Special Agent of the United States Secret Service, and this criminal complaint is based on these facts: See attached statement of probable cause incorporated by reference.

AUTHORIZED BY: AUSA Joseph Koehler
☒ Continued on the attached sheet.

_____
Complainant's signature

Daniel MacDougall, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 2, 2012

_____
*Judge's signature*

City and state: Phoenix, Arizona

Steven P. Logan, U.S. Magistrate Judge
*Printed name and title*

Probable Cause Statement

1. On February 23, 2012, at approximately 8:20pm Eastern Standard Time (EST), the following message was submitted to the White House comment submission page at www.whitehouse.gov/contact/submit-questions-and-comments:

> i am going to kill president Obama on 2-24-12. you wont stop me.i am on my way soon .bitches.

2. The writer of the message provided the name "fuck off" and the email address danieldonals@yahoo.com. The White House website captured the originating host IP address (the IP address from which the message originated) as 184.10.154.6.

3. A federal grand jury subpoena for billing information of the user of this IP on the date and at the time of the first message submission was submitted to the owner of the above IP address, Frontier Communications of Rochester, NY, by a Special Agent of the U.S. Secret Service. In response to the subpoena, Frontier Communications provided information that the following customer was issued that IP address at that time: Chris Donals, 3000 N Kiowa, Apt 3, Lake Havasu City, AZ 86403.

4. On February 24, 2012, at approximately 12:29am, EST, the following message was submitted to the same White House comment submission page:

> got big plans to kill president Obama.hes done.

5. The writer of the message provided the name "krista donals" and the email address kristadonals@yahoo.com. The White House website captured the originating host IP address as 184.10.154.6.

6. On February 24, 2012, at approximately 10:37am, EST, the following message was submitted to the same White House comment submission page:

> i plan to kill president obama.i am going to kill president obama

7. The writer of the message provided the name "krista donals" and the email address kristadonals@yahoo.com. The White House website captured the originating host IP address as 184.10.180.34.

8. On February 24, 2012, at approximately 10:38am, EST, the following message was submitted to the same White House comment submission page:

> i plan to kill president obama.i am going to kill president obama

9. The writer of the message provided the name "krista donals" and the email address kristadonals@yahoo.com. The White House website captured the originating host IP address as 184.10.180.34.

10. On February 25, 2012, at approximately 6:52pm, EST, the following message was submitted to the same White House comment submission page:

> i sent a message making a direct threat to kill president Obama,and i intend to follow through because i am convinced by doing something this drastic will be the only way anyone is going to listen to me and take me seriously.so whether or not you think this a credible direct threat or not,i guess that decision is on you.i will kill president obama,and anyone who trys to get in my way.

11. The writer of the message provided the name "krista donals" and the email address kristadonals@yahoo.com. The White House website captured the originating host IP address as 184.10.180.34.

12. On February 26, 2012, at approximately 9:44am, EST, the following message was submitted to the same White House comment submission page:

> im laughing at this because you do not know that im serious when i tell you im plotting a big event to kill president obama,but i will first start off by killing some police officers in my town where I live because they deserve to die as well,and sorry you guys cant do anything to stop me at this point.i will enjoy the last laugh at watch the memorial services on tv.

13. The writer of the message provided the name "krista donals" and the email address kristadonals@yahoo.com. The White House website captured the originating host IP address (the IP address from which the message originated as 184.10.180.34.

14. On February 28, 2012, I conducted an Arizona criminal arrest database search for the name Krista Donals, and located someone of that name (DOB ____) who was

arrested by the Lake Havasu City Police Department on 1/31/12. Donals' booking information on that arrest lists her home address as 3000 N Kiowa Blvd #3, Lake Havasu, AZ.

15. Continuing on February 28, 2012, I contacted the Lake Havasu City Police Department via telephone, and spoke to Officer Dukes, badge number 151. Officer Dukes informed me that on February 27, 2012, he and Officer Aaron Stanley were dispatched to 3000 N Kiowa Blvd #3, Lake Havasu City, AZ to check the welfare of Krista Donals, DOB 1/19/75, at the request of Mohave Mental Health.

16. When they made contact with Krista Donals outside her residence, Donals told them that she had sent several death threats to the President of the United States.

17. In Lake Havasu City Police Report number 12-001374, Officer Stanley documented that Donals also stated that she was going to kill him, referring to the President of the United States. When asked why, she stated "To prove a point."

18. In response to a commitment order obtained by Mohave Mental Health, Officer Stanley transported Donals to the Level 1 Sub Acute Facility in Kingman, AZ.

19. On February 29, 2012, I responded to the Mohave Mental Health Sub-Acute Facility at 1741 Sycamore Ave, Kingman, AZ to interview Krista Donals. Present during the interview were Psychiatric Nurse Practitioner Debra Torres and Administrative Assistant to the Director of Nursing Sharon McCoy. Donals appeared to be clear-headed and coherent, with full cognitive function.

20. At the beginning of the interview I properly identified myself to Donals as a Special Agent of the United States Secret Service, and read her Miranda rights and obtained a written wavier. I asked Donals if she knew why I was there and she stated that she did. I pointed to a print out of some of the messages submitted to the White House website, and asked her why she had sent the threatening messages to the White House, to which she responded that she had sent them because she wanted some help. She elaborated that she wanted to get back on her medication and wanted help with her substance abuse. She stated that she was angry when she sent the messages because her medications were screwed up.

21. She further admitted that she had sent the messages to the White House across three days. She also stated that she had also emailed the governor (unspecified which state) and the US Coast Guard, and had made posts to the Secretary of Homeland Security's Facebook page. She remembered sending the messages, but was "out of it" due to methamphetamine use. She stated that she did not mean what she had said, and had no intention of harming the President of the United States. I also learned in the interview that many of her bills were still in the name of her ex-husband, Chris Donals. Donals also told me that she had purchased a handgun on the street on February 27, 2012, with the intention of committing suicide.

22. During the course of the interview, Donals told me that she has feelings of paranoia, and has hallucinations, but that she has never experienced command hallucinations (voices telling her to do things). She admitted to heavy methamphetamine and heroin use, and stated that she has tested positive for PCP in the past.

23. Krista Donals voluntarily signed a consent-to-search form, authorizing the search of her residence at 3000 N Kiowa Blvd #3, Lake Havasu City, AZ. I provided Donals with my cellular phone number and explained to her that she could revoke consent to search at any time by calling me. Donals provided me with the names of several associates and relatives, including her neighbor, Rodney Lockhart, and her pastor, Tim Giles. She informed me that she has resided there alone since her son Daniel moved out.

24. Continuing on February 29, 2012, I responded to Donals' residence at 3000 N Kiowa Blvd, #3, Lake Havasu City, AZ. I was accompanied by Officer Dukes, with whom I had spoken the previous day. Outside Donals' apartment, we spoke to Rodney Lockhart, neighbor and acquaintance of Donals, and his son. Both confirmed that Krista Donals had told them about sending the messages to the White House. Lockhart's son also informed me that when they were at church together, Donals had tried to get him to send messages as well, which he declined to do.

25. I conducted a cursory search of Donals' residence and saw a desktop computer, powered on, in the dining area. I did not locate any other computers in the residence.

26. Continuing on February 29, 2012, I met with Pastor Tim Giles at a local coffee shop. Mr. Giles confirmed that Donals had been a parishioner at his church for about six months, and that she came more or less regularly. Giles informed me that a couple of days prior, Donals told him that she had sent messages to the White House threatening to

kill the President of the United States. Giles told her she should send another message apologizing and stating that she did not mean it.

27. On March 1, 2012, I received a text message on my issued Blackberry from Krista Donals (928-412-0952) informing me that she had been released from the sub-acute facility, and was en route to her residence. I called Donals on the same number and asked her about the post for which the danieldonals@yahoo.com email address was used. I asked her if I should also be talking to her son Daniel, and she stated that he had nothing to do with it, and that he had not been at her residence since December. She stated that it was probably her just using his email address. I then asked her if she had used anybody else's computer to make any of the posts. I emphasized that if the IP address captured returned to anyone else's computer I didn't want them to be a suspected as well if they had nothing to do with it. Donals confirmed that she had used no computer other than hers.

Daniel MacDougall
Special Agent
U. S. Secret Service

Sworn before me this 2nd day of March, 2012.

Steven P. Logan
United States Magistrate Judge
District of Arizona